**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| **JAMES A. ORAZI,** ***et al.*****,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**BAC HOME LOANS SERVICING, LP,** ***et al.*****,**<br>**Defendants.** | Case No. 1:15-CV-01520-JFM |

**DEFENDANTS RUSHMORE'S AND US BANK'S MOTION TO DISMISS**

Defendants Rushmore Loan Management Services LLC ("Rushmore") and US Bank NA, as Legal Title Trustee for Truman 2013 SC3 Title Trust ("US Bank") (collectively, "Defendants"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move to dismiss the Complaint [ECF 2] filed by Plaintiffs James A. Orazi and Kimberly Rider-Orazi (collectively, "Plaintiffs"), for failure to state a claim upon which relief may be granted as a matter of law. The reasons supporting this Motion to Dismiss are more fully set forth in the accompanying Memorandum of Law, and include:

1. Plaintiffs' claims are insufficiently plead against Defendants Rushmore and US Bank. Merely lumping all Defendants together in a few allegations and *ad damnum* clauses fails to satisfy Rule 8.

2. Plaintiffs fail to sufficiently plead that the alleged loan modification agreement (the "LMA") is an enforceable contract.

3. Plaintiffs admit that a condition precedent to consummating the LMA—i.e., the requirement that the original loan be brought current—was not satisfied.

4. Plaintiffs' allegations fail to demonstrate that the LMA was executed by co-Defendant Bank of America, N.A. ("BANA"). Therefore, under the statute of frauds, this document cannot be enforceable against BANA, or its assigns.

5. The LMA lacked consideration.

6. Regardless of whether the LMA was, at one point, enforceable, Plaintiffs claim that BANA rescinded the LMA, restoring the parties to the original, unmodified Loan.

7. Plaintiffs are not entitled to specific performance against Defendants Rushmore and US Bank.

8. Defendants do not impliedly assume liability for actions taken by BANA.

9. As Defendants' relationship with Plaintiffs arises entirely from the original, unmodified Loan, any claim for promissory estoppel (Count IV) is untenable.

WHEREFORE, Defendants Rushmore Loan Management Services LLC and US Bank NA, as Legal Title Trustee for Truman 2013 SC3 Title Trust, respectfully request that the Court grants this Motion; that the Complaint filed by Plaintiffs James A. Orazi and Kimberly Rider-Orazi be dismissed as against them with prejudice; and that the Court grant such other relief as may be just and proper.

Respectfully Submitted,
**RUSHMORE LOAN MANAGEMENT SERVICES, LLC, and**
**US BANK NA, AS LEGAL TITLE FOR TRUMAN 2013 SC3 TITLE TRUST**
*By Counsel*

Dated: August 21, 2015

By: */s/ Jeffrey Nadel*
Jeffrey Nadel, Esq., Md. Fed. Bar No. 01526
LAW OFFICES OF JEFFREY NADEL
4041 Powder Mill Road, Suite 415
Calverton, Maryland 20705
jeff@lojnlaw.com
240-473-5000
240-473-0507 Fax
*Co-Counsel for Defendants Rushmore and US Bank*

By: */s/ Scott Nadel*
Scott Nadel, Esq., Md. Fed. Bar No. 16027
LAW OFFICES OF JEFFREY NADEL
4041 Powder Mill Road, Suite 415
Calverton, Maryland 20705
ScottNadel@lojnlaw.com
240-473-5000
240-473-0507 Fax
*Co-Counsel for Defendants Rushmore and US Bank*

By: */s/ Bizhan Beiramee*
Bizhan Beiramee, Esq., Md. Fed. Bar No. 29220
BEIRAMEE LAW GROUP, P.C.
7508 Wisconsin Avenue, Second Floor
Bethesda, Maryland 20814
bbeiramee@beiramee.com
(301) 547-3805
(703) 483-9599 Fax
*Co-Counsel for Defendants Rushmore and US Bank*

**Certificate of Service**

I hereby certify that on this 21st day of August, 2015, the foregoing was filed with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing to all counsel of record.

*/s/ Bizhan Beiramee*
Bizhan Beiramee, Esq., Md. Fed. Bar No. 29220
BEIRAMEE LAW GROUP, P.C.
7508 Wisconsin Avenue, Second Floor
Bethesda, Maryland 20814
bbeiramee@beiramee.com
(301) 547-3805
(703) 483-9599 Fax
*Co-Counsel for Defendants Rushmore and US Bank*